FILED

FEB 06 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

PRES

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| […] AMERICA,<br>Plaintiff,<br><br>vs.<br><br>CHARLES ANTHONY LEWIS,<br>a/k/a/ "Ant"<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO. 18-CR-30017-DRH<br><br>Title 21, United States Code,<br>Sections 841(a)(1) and (b)(1)(C) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**DISTRIBUTION OF COCAINE**

On or about October 19, 2016, in St. Clair County, Illinois, within the Southern District of Illinois,

**CHARLES ANTHONY LEWIS, a/k/a/ "ANT,"**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance. All in violation of Title 21, United States Code, Section 841(a)(l) and 841(b)(l)(C).

A TRUE BILL

[redacted]

FOREPERSON

DEREK J. WISEMAN
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney
Recommended Bond: Detention